FILED
98 JAN 16 PM 1:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JAN 16 1998

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 97-PT-2304-M |
| JEFFERY D. PARKER and KIMBERLY M. PARKER, | ) |
| Defendants. | ) |

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant **Jeffery D. Parker** pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant **Jeffery D. Parker** on September 22, 1997; Defendant **Jeffery D. Parker** has failed to appear, plead, or otherwise defend.

2. Defendant **Jeffery D. Parker** is not an infant or incompetent person, nor has Defendant **Jeffery D. Parker** been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant **Jeffery D. Parker** is indebted to Plaintiff in the principal sum of $26,141.03, costs of $81.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), and interest of $1,561.82 through January 7, 1998, and at the rate of 4% until date of judgment.

4. Plaintiff is due to recover from Defendant **Jeffery D. Parker** the total sum of $27,933.85, plus interest from January 7, 1998, until date of judgment at the rate of 4 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 15th day of Jan., 1998.

UNITED STATES DISTRICT JUDGE