FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

98 MAY -7 PM 2: 28

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 97-PT-2304-M |
| | ) | |
| JEFFERY D. PARKER and | ) | |
| KIMBERLY M. PARKER, | ) | ENTERED |
| | ) | |
| Defendants. | ) | (MAY 7⊜ 1998 |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant **Kimberly M. Parker** pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.    The Summons and Complaint were served upon Defendant **Kimberly M. Parker** on September 22, 1997; Defendant **Kimberly M. Parker** has failed to appear, plead, or otherwise defend.

2.    Defendant **Kimberly M. Parker** is not an infant or incompetent person, nor has Defendant **Kimberly M. Parker** been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.   Defendant **Kimberly M. Parker** is indebted to
Plaintiff in the principal sum of $26,141.03, costs of $81.00,
court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), and
interest of $1,561.82 through January 7, 1998, and at the rate of
4% until date of judgment.

4.   Plaintiff is due to recover from Defendant
**Kimberly M. Parker** the total sum of $27,933.85, plus interest
from January 7, 1998, until date of judgment at the rate of 4
percent per annum and interest thereafter at the prevailing legal
rate per annum until paid in full.  A judgment will enter
accordingly.

Done this the _29TH_ day of _April_, 1998.

UNITED STATES DISTRICT JUDGE